# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br> Defendants. | No. 21-cv-06136 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge M. David Weisman |

## ADVICE OF IMPASSE AND REQUEST FOR RULING

Pursuant to the Court's order of May 31, 2022 [50], Plaintiff, through its undersigned counsel, hereby advises the Court that although the parties have made extensive good-faith efforts to settle the dispute between them, they have not been able to do so. Therefore, the parties request a ruling on the pending Motion to Dismiss filed by Defendant Hangzhou Feidie Technology Co., Ltd. [19], which is fully briefed.

Plaintiff additionally requests entry of the proposed order submitted pursuant to the Court's order of April 8, 2022 [43].

Dated: June 2, 2022

Respectfully submitted,

Fairly Odd Treasures, LLC

By:/s/James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
FLENER IP LAW, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com