IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| FAIRLY ODD TREASURES, LLC,<br><br>             Plaintiff,<br>v.<br><br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>             Defendants. | No. 21-cv-06136<br><br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge M. David Weisman |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS**

Plaintiff Fairly Odd Treasures, LLC, hereby moves the Court for entry of Default and final Default Judgment against the four remaining Defendants identified in Schedule A attached hereto. Plaintiff has concurrently filed a Memorandum of Law in support of this Motion.

Dated: September 19, 2022           FAIRLY ODD TREASURES, LLC.

                                              By: /s/ James E. Judge
                                              Attorney for Plaintiff

                                              Zareefa B. Flener (IL Bar No. 6281397)
                                              James E. Judge (IL Bar No. 6243206)
                                              Flener IP & Business Law
                                              77 W. Washington St., Suite 800
                                              Chicago IL 60602
                                              (312) 724-8874
                                              jjudge@fleneriplaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, I filed the foregoing Motion and its supporting Memorandum with the Clerk of the Court through the CM/ECF system and that all parties who have appeared were served by that system. I will send electronic copies of the foregoing to the e-mail addresses provided by third parties for Defaulting Defendants and provide a link to those documents for Defendants' use.

/s/ William Eskridge
Paralegal