## Schedule A

| Def # | Merchant name | Merchant id | Merchant URL |
|---|---|---|---|
| 22 | TechsonDirectUS | A1YIGPGAGCATG3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YIGPGAGCATG3 |
| 54 | highmall | AJBHOILYHWKVN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJBHOILYHWKVN |
| 70 | MIRACLE SOLUTION | miracle-solution | https://www.ebay.com/usr/miracle-solution |
| 83 | Mega Save Wholesale & Retail | Mega-Save-Wholesale-Retail | https://www.newegg.com/Seller-Store/Mega-Save-Wholesale-Retail |